```
                    UNITED STATES DISTRICT COURT                    JS-6
                   CENTRAL DISTRICT OF CALIFORNIA
                          WESTERN DIVISION
                       CIVIL MINUTES - GENERAL
```

Case No.   CV 07-5681-GPS(JWJx)                Date:   February 20, 2008

Title:    *Carl R. Bachellier v. Fremantle Media Ltd., et al.*
=======================================================================PRE
SENT:            THE **HONORABLE GEORGE P. SCHIAVELLI**, JUDGE

         Jacob Yerke                         Not Present
       Courtroom Clerk                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR CLAIMANT:

Not Present                          Not Present

PROCEEDINGS:   Order Dismissing Action
               (In Chambers)

     On August 30, 2007, Plaintiff filed the Complaint against Defendants Fremantle Media Ltd.; Fremantle North America Media, Inc.; Tick Tock Productions, Inc.; and American Broadcasting Companies, Inc. (collectively "Defendants").  While Defendants originally filed a Motion to Dismiss on October 29, 2007, they withdrew this Motion less than a month later.

     On January 16, 2008, more than two months later, the Court issued an Order to Show Cause ("OSC") why this action should not be dismissed for lack of prosecution.  The Order required the parties to respond to the OSC by February 1, 2008,[1] explaining that the filing of (1) an answer or (2) a request for an entry of default would be a sufficient OSC response.  Because the parties have failed to file any response to the January OSC, the Court **DISMISSES** this action **WITHOUT PREJUDICE** for failure to prosecute.


**IT IS SO ORDERED.**

---

    [1]   The docket erroneously listed the OSC response deadline as February 11, 2008.  Accordingly, the Court allowed for the additional days to pass before issuing this present Order.

MINUTES FORM 11                              Initials of Deputy Clerk JY
CIVIL - GEN